# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

V.

Brian ZELAYA PEREZ

**CRIMINAL COMPLAINT**

CASE NUMBER: 12-3139- White

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about August 10, 2012, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, the defendant, Brian ZELAYA PEREZ, did knowingly use, attempt to use, possess, obtain, accept and receive a document prescribed by statue as evidence of authorized entry into the United States, that is, a Honduran passport containing a fraudulently obtained entry stamp, knowing the passport to be forged, altered, and unlawfully obtained; in violation of Title 18, United States Code, section 1546(a).

I further state that I am an Enforcement Officer and that this complaint is based on the following facts:

On or about August 10, 2012, the defendant, Brian ZELAYA PEREZ, arrived at Miami International Airport aboard American Airlines Flight #942 from San Pedro Sula, Honduras. The defendant presented two Honduran passports (one expired and one valid) for examination and entry into the United States. During the secondary examination, Bureau of Customs and Border Protection Officers discovered that the Honduran passports appeared to be genuine. However, the valid passport contained a fraudulently dated Honduran entry stamp indicating that he had entered Honduran on May 02, 2009. Records checks revealed that Brian ZELAYA PEREZ did not actually exit the United States until February 04, 2012. During a Customs and Border Protection secondary interview, the defendant admitted that he obtained the fraudulent entry stamp in order to conceal a overstay violation in the United States from immigration officials.

Luis Gamez, Enforcement Officer
U.S. CUSTOMS AND BORDER PROTECTION

Sworn to before me, and subscribed in my presence,

<u>August 12, 2012</u>                      at       <u>Miami, Florida</u>
Date                                                   City and State

<u>UNITED STATES MAGISTRATE JUDGE</u>
Name and Title of Judicial Officer                Signature of Judicial Officer